```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 04 B 04444
   DWAYNE E DURIA
                                                CHAPTER 13

                                                JUDGE: BRUCE W BLACK

        Debtor
   SSN XXX-XX-9679


------------------------------------------------------------------------
                    TRUSTEE'S FINAL REPORT AND ACCOUNT
------------------------------------------------------------------------
     Glenn Stearns, Chapter 13 Standing Trustee, submits the following
Final Report and Account of the administration of the estate pursuant to
11 USC 1302(b)(1).

   1.  The case was filed on 02/05/04 and confirmed on 08/24/04.

   2.  The plan is paid in full.

   3.  The Debtor paid a total of $  24710.59 .

   4.  The Trustee made disbursements to creditors as follows:

------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
HSBC                       MORTGAGE ARRE    2366.74              .00      2366.74
HSBC                       CURRENT MORTG         .00             .00           .00
MAZDA AMERICAN CREDIT      SECURED               .00             .00           .00
WACHOVIA DEALER SERVICES   SECURED          14475.00         1046.45     14475.00
ASSOCIATED PATHOLOGISTS/   UNSECURED        NOT FILED            .00           .00
ASSOCIATED PATHOLOGISTS/   UNSECURED        NOT FILED            .00           .00
CITIBANK NA                UNSECURED        NOT FILED            .00           .00
ROUNDUP FUNDING LLC        UNSECURED         1184.13             .00        118.41
ECAST SETTLEMENT CORPORA   UNSECURED         8759.72             .00        875.97
BY RITE FURNITURE & APPL   UNSECURED         2673.48             .00        267.35
BY RITE FURNITURE & APPL   UNSECURED        NOT FILED            .00           .00
CAPITAL ONE FINANCIAL      UNSECURED          641.58             .00         64.16
CAPITAL ONE FINANCIAL      UNSECURED         1238.10             .00        123.81
CAPITAL ONE FINANCIAL      UNSECURED         1019.16             .00        101.92
CAPITAL ONE FINANCIAL      UNSECURED          308.38             .00         30.84
CITY OF JOLIET             UNSECURED        NOT FILED            .00           .00
AT&T CABLE SERVICES        UNSECURED        NOT FILED            .00           .00
COMED                      UNSECURED        NOT FILED            .00           .00
DISCOVER BANK              UNSECURED         6861.99             .00        686.20
ECAST SETTLEMENT CORPORA   UNSECURED          524.03             .00         52.40
------------------------------------------------------------------------
CREDITOR NAME              CLASS            CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
------------------------------------------------------------------------
HSBC                       UNSECURED         6876.91             .00        687.69
JOLIET RADIOLOGICAL        UNSECURED        NOT FILED            .00           .00
LANE BRYANT                UNSECURED        NOT FILED            .00           .00
MONITRONICS                UNSECURED        NOT FILED            .00           .00
NICOR GAS                  UNSECURED          590.73             .00         59.07
ECAST SETTLEMENT CORPORA   UNSECURED          461.97             .00         46.20
PERSONAL FINANCE           FILED LATE            .00             .00           .00
```

```
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED            .00          .00
PROVENA ST JOSEPH MEDICA  UNSECURED        NOT FILED            .00          .00
RETAILERS NATIONAL BANK   UNSECURED          192.89             .00        19.29
CITI/SEARS                UNSECURED         3322.76             .00       332.28
FIRST EXPRESS             UNSECURED          634.84             .00        63.48
VICTORIAS SECRET          UNSECURED        NOT FILED            .00          .00
WACHOVIA DEALER SERVICES  UNSECURED         4018.79             .00       401.88
MAZDA AMERICAN CREDIT     UNSECURED - C   12023.98              .00       331.77
     Summary of disbursements:
------------------------------------------------------------------------------
                  SECURED      PRIORITY    UNSECURED      OTHER       TOTAL
------------------------------------------------------------------------------
TOTAL CLMS ALLOWED  16841.74        .00    39309.46    12023.98    68175.18
PRINCIPAL PAID      16841.74        .00     3930.95      331.77    21104.46
INTEREST PAID        1046.45        .00         .00         .00     1046.45
TOTAL PAID          17888.19        .00     3930.95      331.77    22150.91
```

The Debtor's attorney, ROBERT J SEMRAD & ASSOC       , was allowed $   2200.00
and was paid $    694.80   direct and $   1505.20   through the plan.

The Trustee received $   1054.48 .

Refunds to the Debtor totaled $       .00 .

   Wherefore, the Trustee requests an order be entered discharging
the Trustee and the surety on his bond from any further liability
in this case.


     Dated: 07/17/08                  /S/
                                      GLENN STEARNS
                                      CHAPTER 13 TRUSTEE




                              PAGE   2
         CASE NO. 04 B 04444 DWAYNE E DURIA